# NO. 12-10-00130-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | *APPEAL FROM THE* |
| *IN THE MATTER OF C.B.M.* | § | *COUNTY COURT OF LAW* |
| | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed an unopposed motion to dismiss this appeal. In his motion, Appellant states that he no longer wishes to pursue the appeal. Accordingly, the motion is granted, and the appeal is dismissed.

Opinion delivered October 27, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)